FILED
5/22/26 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NOT AN LLC, LLC, | ) | Case No. 26-21300-GLT |
| | ) | |
| *Debtor.* | ) | |
| | ) | |
| NOT AN LLC, LLC, | ) | |
| | ) | |
| *Movant,* | ) | Related to Dkt. No. _ 8 |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |

**ORDER**

AND NOW, this ___ day of May 2026, upon consideration of the *Debtor's Motion for an Extension of Time in Which to File Schedules, Statement of Financial Affairs and Related Documents*, it is hereby ORDERED that said Motion is GRANTED. The Debtor is granted an extension until May 28, 2026 to file its schedules, statement of financial affairs and related documents.

By the Court:

THE HONORABLE GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 26-21300-GLT

Not An LLC, LLC                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 1

Date Rcvd: May 22, 2026                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Not An LLC, LLC, 1052 New Castle Rd., Prospect, PA 16052-2110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Crystal H. Thornton-Illar

    cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Kathryn L. Harrison

    on behalf of Debtor Patriot Enterprises Worldwide LLC klh@camlev.com
    hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Kathryn L. Harrison

    on behalf of Debtor Not An LLC  LLC klh@camlev.com,
    hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 4