FILED
5/22/26 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 26-21300-GLT |
| | ) | |
| NOT AN LLC, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Gregory L. Taddonio |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related to Docket No. 10 |
| Chapter 7 Trustee of Not An LLC, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, upon this __22nd Day of May____, 2026 consideration of the

Trustee's Application to Employ Counsel to the Chapter 7 Trustee (the "Motion"), and it appearing

that Crystal H. Thornton-Illar and the law firm of Leech Tishman Fuscaldo Lampl, LLC represent

no interest adverse to this estate; it is hereby ORDERED, ADJUDGED and DECREED that:

1) the Motion is Granted;

2) Crystal H. Thornton-Illar, the Chapter 7 Trustee, has authority to hire Crystal H. Thornton-Illar and the law firm of Leech Tishman Fuscaldo and Lampl, LLC as attorneys to the Trustee in this case for the reasons set forth in the Motion; and

3) Crystal H. Thornton-Illar and Leech Tishman Fuscaldo & Lampl, LLC will only receive compensation in this case after the filing and approval of a fee application by this Court.

BY THE COURT

Dated: _May 22, 2026

Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-21300-GLT

Not An LLC, LLC                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID**        **Recipient Name and Address**
db           + Not An LLC, LLC, 1052 New Castle Rd., Prospect, PA 16052-2110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Crystal H. Thornton-Illar

    cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Crystal H. Thornton-Illar

    on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com
    PA95@ecfcbis.com;dbender@leechtishman.com

Kathryn L. Harrison

    on behalf of Debtor Not An LLC  LLC klh@camlev.com,
    hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Kathryn L. Harrison

    on behalf of Debtor Patriot Enterprises Worldwide LLC klh@camlev.com
    hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                                 User: auto                                      Page 2 of 2
Date Rcvd: May 22, 2026                             Form ID: pdf900                                 Total Noticed: 1
TOTAL: 5