# Notice Recipients

District/Off: 0315–2            User: auto                Date Created: 5/29/2026

Case: 26–21300–GLT            Form ID: 309D            Total: 12


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Not An LLC, LLC          1052 New Castle Rd.          Prospect, PA 16052

ust          Office of the United States Trustee          1000 Liberty Avenue          Suite 1316          Pittsburgh, PA 15222

tr          Crystal H. Thornton–Illar          LEECHTISHMAN          525 William Penn Place          28th Floor          Pittsburgh, PA 15219

aty          Crystal H. Thornton–Illar          LEECHTISHMAN          525 William Penn Place          28th Floor          Pittsburgh, PA 15219

aty          Kathryn L. Harrison          Campbell & Levine, LLC          310 Grant Street          Suite 1700          Pittsburgh, PA 15219

smg          Pennsylvania Department of Revenue          Bankruptcy Division          P.O. Box 280946          Harrisburg, PA 17128–0946

smg          Pennsylvania Dept. of Revenue          Department 280946          P.O. Box 280946          ATTN: BANKRUPTCY DIVISION          Harrisburg, PA 17128–0946

16669030          Consilio LLC          1828 L Street, NW          Suite 1070          Washington, DC 20036

16669031          Pentuik, Couvreur & Kobiljak          2915 Biddle Ave.          Suite 200          Wyandotte, MI 48192

16669032          Pillsbury Winthrop Shaw Pittman LLP          c/o Kenneth Taber, Esq.          31 West 52nd Street          New York, NY 10019

16669033          Pisciotti Lallis Erdreich          30A Vreeland Rd.          Florham Park, NJ 07932

16669034          State of New Jersey          c/o Matthew J. Platkin, Attorney General          Attn. David Leit, Esq.          124 Halsey Street          Newark, NJ 07101

                                                                                    TOTAL: 12